**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-1382

ROGER VANN SMITH,

Plaintiff - Appellant,

v.

NEIL F. WIGGINS, Clerk of Superior Court, Gates County,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Terrence W. Boyle, District Judge.  (2:21-cv-00009-BO)

Submitted:  August 30, 2022                    Decided:  September 28, 2022

Before RICHARDSON, RUSHING, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Vann Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Vann Smith appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to plead sufficient facts to state a claim.  We have reviewed the record and find no reversible error.  Accordingly, we deny the pending motion and affirm the district court's order. *See Smith v. Wiggins*, No. 2:21-cv-00009-BO (E.D.N.C. Apr. 1, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*